UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL GRACE,

                Plaintiff,

           v.

META PLATFORMS, INC., d/b/a FACEBOOK,

                Defendant.

Case No. 7:23-cv-06076-NSR

**STIPULATION OF VOLUNTARY DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that this action is dismissed without prejudice and without costs under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: October 13, 2023

_____
Michael J. Grace
LAW OFFICES OF GRACE & GRACE
360 Underhill Avenue
Yorktown Heights, New York 10598
(914) 962-6100
Gracelaw1@aol.com
*Attorneys for Plaintiff*

_____
Mark S. Pincus
GARDNER SKELTON PLLC
444 Madison Avenue, 4th Floor
New York, New York 10022
(212) 962-2900
mark@gardnerskelton.com

Caroline K. Simons
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
(617) 880-1885
csimons@orrick.com

Brian J. Wegrzyn
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
(212) 600-2395
bwegrzyn@orrick.com

*Attorneys for Defendant*